# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>MIDDLE DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) Case No. |
| | ) |
| **THOMAS GASPAR** | ) |

## INFORMATION

**COUNT ONE:** **[21 U.S.C. § 843(b)]**

The United States Attorney charges that:

On or about August 15, 2018, in Marshall County, within the Northern District of Alabama, the defendant,

**THOMAS GASPAR,**

did knowingly, intentionally, and unlawfully use a communication facility, that is, a cellular telephone, to facilitate the commission of a felony which is a drug trafficking crime, to wit, conspiracy to distribute and possess with the intent to distribute methamphetamine, a controlled substance, in violation of Title 21, United States Code, Section 843(b).

                                            PRIM F. ESCALONA
                                            United States Attorney


                                            */s/ Electronic signature*
                                            RUSSELL E. PENFIELD
                                            Assistant United States Attorney